# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Melissa Wanna, individually and on behalf of others similarly situated<br><br>Plaintiff(s),<br><br>v.<br><br>RELX Group plc, Reed Elsevier Inc., RELX Inc., LexisNexis Risk Solutions Inc., LexisNexis Risk Solutions FL Inc.<br><br>Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 23-cv-1769 PJS/JFD |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiffs' Motion for Summary Judgment (ECF No. 19) is GRANTED IN PART and DENIED IN PART:
  1. Defendants' motion to dismiss [ECF No. 18] is GRANTED as to Counts 1,
  2, 4, and 6 of plaintiff's complaint [ECF No. 1], and those claims are
  DISMISSED WITH PREJUDICE AND ON THE MERITS.
  2. Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over plaintiff's remaining claims, and those claims are DISMISSED WITHOUT PREJUDICE.

Date: 4/1/2024                                                                                    KATE M. FOGARTY, CLERK